1  WO

2

3

4

5

6  # IN THE UNITED STATES DISTRICT COURT

7  # FOR THE DISTRICT OF ARIZONA

8

9  United States of America,                    No. CR-13-08168-01-PCT-DGC

10                    Plaintiff,                **ORDER**

11  v.

12  Terrence Begaye,

13                    Defendant.

14

15        The defendant appeared in court with counsel. The defendant's probable cause

16  hearing was waived, and the detention hearing was held on the record including a proffer

17  by defense counsel.  The Court finds probable cause to believe the defendant violated the

18  terms of his supervised release as alleged in the petition. The Court further finds, pursuant

19  to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that

20  he is not a flight risk or a danger.

21        IT IS HEREBY ORDERED that the defendant shall be bound over for further

22  proceedings on the petition to revoke his supervised release.

23        IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a

24  danger, pending further revocation proceedings.

25        Dated this 7th day of February, 2019.

26

27                                        Honorable Leslie A. Bowman
                                          United States Magistrate Judge
28