# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Terrence Begaye, <br><br> Defendant. | No. CR-13-08168-01-PCT-DGC <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION** |

On March 20, 2019, Magistrate Judge Eileen S. Willett held an evidentiary hearing regarding Defendant's revocation of supervised release. Doc. 71. On March 22, 2019, Judge Willet filed "Findings and Recommendation" (Doc. 75), recommending that this Court find that Defendant violated Standard Condition No. 3 of his supervised release conditions. No objection having been filed pursuant to 28 USC § 636(b)(1), the Court accepts the recommendation of the magistrate judge.

**IT IS HEREBY ORDERED** the "Findings and Recommendation" (Doc. 75) are adopted.

Dated this 8th day of April, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge